IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRENDA SMITH, )
    Plaintiff, )
)
v. ) Civil Action No. 10-1680
)
PNC BANK, et al., )
    Defendants. )

O R D E R

AND NOW, this 7th day of July 2011, after the defendants filed a motion to dismiss certain claims in the amended complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were accorded fourteen days to file written objections thereto, and upon consideration of the objections filed by plaintiff, as well as the defendants' response to those objections, and after independent review of the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the defendants' motion to dismiss certain claims in the amended complaint (Document No. 10) is granted without prejudice as to Count III, granted as to Count IV, and denied in all other respects.

_____
United States District Judge