IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| BRENDA SMITH, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 10-1680 |
| | ) |
| PNC BANK, et al., | ) |
| Defendants. | ) |

## O R D E R

AND NOW this 17th day of January, 2012, the Court having been advised by counsel for the plaintiff that the above captioned case has been settled, and that the only matters remaining to be completed are the final agreement of settlement and the submission of a stipulation for dismissal, and it appearing that there is no further action required by the Court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action; and that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered.

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE